UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY ROSE,<br><br>　　　　　Defendant. | Case No. 5:23-po-00050-CDB<br><br>ORDER ON STIPULATION<br><br>(Doc. 16) |

　　　　Pending before the Court is the parties' stipulation for order permitting Defendant Johnny Rose to resolve this matter through payment of a fixed-sum over a term of ten months.  (Doc. 16).

　　　　Defendant made his initial appearance on the three citations charged in this action on March 7, 2023.  (Doc. 7).  Thereafter, the Court granted the parties' requests for three continuances to facilitate, among other things, settlement negotiations.

　　　　As this matter already has been pending for eight months, the Court declines to endorse a proposed disposition of the type the parties propose here that, functionally, requires the Court to continue monitoring and supervising Defendant's performance for an additional ten months.

　　　　While the Court acknowledges Defendant's proffered, recent completion of military training and ability to pay (Doc. 16 at 2), the Court also is mindful that Fed. R. Crim. P. 58(d) provides only for fixed-sum payment "in lieu of" a defendant's appearance.  Read in conjunction

with Fed. R. Crim. P. 2 – which provides that the Rules are to be interpreted to, among other things, "secure simplicity in procedure" and "eliminate unjustifiable expense and delay" – a fixed-sum disposition pursuant to Rule 58(d) ordinarily should be expeditious.  The parties' proposed disposition here is inconsistent with these principles.

The parties are ordered to appear for the scheduled status conference on December 5, 2023, and be prepared to set the matter for trial or other final disposition within 60 days.

IT IS SO ORDERED.

Dated:   **November 29, 2023**                          _____
UNITED STATES MAGISTRATE JUDGE